JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VINCENT CILIENTO,                    )    CASE NO. ED CV 17-953-DSF (PJW)
                                     )
               Plaintiff,            )    J U D G M E N T
                                     )
        v.                           )
                                     )
                                     )
CALIFORNIA DEPARTMENT OF             )
CORRECTIONS, et al.,                 )
                                     )
                                     )
               Defendants.           )
                                     )
                                     )
_____)

        Pursuant to the Order Dismissing Action for Failure to Prosecute,

IT IS ADJUDGED that the action is dismissed without prejudice.


        DATED: 8/22/17

                                    _____
                                    DALE S. FISCHER
                                    UNITED STATES DISTRICT JUDGE